**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Robert M. Goldich, SBN 031818
GoldichR@gtlaw.com
Dana L. Hooper, SBN 023801
HooperD@gtlaw.com

*Attorneys for Defendant*
  *Oregano's Pizza Bistro, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Fox, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Oregano's Pizza Bistro, Inc.,<br><br>Defendant. | Case No. 2:21-cv-02099-DLR<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM** |

Please take notice that attorney Robert M. Goldich of Greenberg Traurig, LLP, is substituted for Dana L. Hooper as counsel for Defendant Oregano's Pizza Bistro, Inc.

All filings, correspondence, and notices should be copied to the attention of substituting counsel, whose contact information is as follows:

Robert M. Goldich
GREENBERG TRAURIG, LLP
2375 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
(602) 445-8000
GoldichR@gtlaw.com

/ / /

/ / /

/ / /

ACTIVE 62806888v1

DATED this 7th day of February 2022.

                                                GREENBERG TRAURIG, LLP

                                                By: */s/ Dana L. Hooper*
                                                         Robert M. Goldich
                                                         Dana L. Hooper

                                              *Attorneys for Defendant*
                                               *Oregano's Pizza Bistro, Inc.*

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

## CERTIFICATE OF SERVICE

☒ I hereby certify that on February 7, 2022, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

Courtney Lowery
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy., Ste. 510
Little Rock, AR 72211
*Attorneys for Plaintiff*

By: */s/ Barrie Peagler*
Employee, Greenberg Traurig, LLP

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

3

ACTIVE 62806888v1