## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Fox, | No. CV-21-02099-PHX-DLR |
|        Plaintiff, | **ORDER** |
| v. | |
| Oregano's Pizza Bistro Incorporated, | |
|        Defendant. | |

The Court having reviewed Plaintiff, Ashley Fox ("Plaintiff") and Defendant, Oregano's Pizza Bistro's (Defendant) Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 14), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is GRANTED, and the Court finds as follows:

The Settlement Agreement of the Parties is fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and thus, the Settlement Agreement is APPROVED.

This matter is DISMISSED with prejudice. The Court retains jurisdiction over the matter for thirty (30) days to enforce the terms of the agreement.

Dated this 11th day of April, 2022.

Douglas L. Rayes
United States District Judge